UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PETROCHEMICAL SERVICES INCORPORATED, | § § § § | |
| Plaintiff, | § | CIV NO. 4:08-cv-1567 |
| | § | |
| v. | § § | |
| METROPLEX CORE, INC., | § § § | |
| Defendant. | § | |

## MEMORANDUM AND ORDER

Pending before the Court is Defendant's Motion to Dismiss for Failure to State a Claim, and Alternatively, Motion for a More Definitive Statement. In response, Plaintiff has filed an Amended Complaint, clarifying the critical issues raised by the pending Motion. Defendant subsequently filed an Answer to both the original and the Amended Complaint.

The Court has considered the arguments presented in briefing and the representations made at the hearing of August 7, 2008. The Court finds that Plaintiff's Amended Complaint renders Defendant's Motion, Doc. No. 15, **MOOT**. The Court will not, therefore, dismiss Plaintiffs' claims or require Plaintiff to provide a more definitive statement of its claims.

**IT IS SO ORDERED**.

SIGNED this 8th day of August, 2008.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE